# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| HEIDI LANGAN, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> JOHNSON & JOHNSON CONSUMER COMPANIES, INC., <br><br> Defendant. | Civil Action No. 3:13-CV-01471-JAM <br><br><br> May 27, 2019 |

**PLAINTIFF'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND A LEAD PLAINTIFF SERVICE AWARD**

Plaintiff, Heidi Langan, on behalf of herself and the Settlement Class Members in the above captioned Action, respectfully moves that the Court:

(1) Award attorneys' fees to Settlement Class Counsel in the amount of $720,000 (thirty percent (30%) of the total Settlement Fund);

(2) Award Settlement Class Counsel the additional amount of $216,534.84 for expenses reasonably and necessarily incurred in the prosecution of this Action; and

(3) Award Plaintiff $5,000 for her time and effort on behalf of the Settlement Class.

In support of this Motion, Plaintiff has filed a Memorandum of Law and a supporting declaration of Settlement Class Counsel Mark P. Kindall. A [Proposed] Order Awarding Attorneys' Fees and Expenses and a Lead Plaintiff Service Award is submitted herewith as Exhibit A.[1]

---

[1] Plaintiff would be happy to provide Word versions of any of the documents at the request of the Court.

1

Dated: May 27, 2019

        Plaintiff,

        By: */s/ Mark P. Kindall*
        Mark P. Kindall
        Robert A. Izard
        **Izard, Kindall & Raabe, LLP**
        29 South Main Street Suite 305
        West Hartford, CT 06107
        Telephone: (860) 493-6292
        Facsimile: (860) 493-629
        mkindall@ikrlaw.com
        rizard @ikrlaw.com

        Nicole Anne Veno
        **Law Office of Nicole A. Veno, LLC**
        PO Box 150555
        Brooklyn, NY 11215
        Telephone: (860) 474-4024
        Facsimile: (860) 717-3207
        nveno@venolaw.com

**CERTIFICATE OF SERVICE**

      I, Mark P. Kindall, hereby certify that on this 27th day of May 2019, the foregoing was filed electronically. Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this document though the court's CM/ECF system.

                                                            */s/ Mark P. Kindall*
                                                        Mark P. Kindall